UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY ALLEN COOK,

               Plaintiff,

v.

KING COUNTY, *et al*.,

               Defendants.

Case No. C18-0025-RSM

ORDER DISMISSING CIVIL RIGHTS ACTION

      The Court, having reviewed plaintiff's amended complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

      (1)    The Report and Recommendation is approved and adopted.

      (2)    Plaintiff's amended complaint (Dkt. 8) and this action are DISMISSED for failure of plaintiff to adequately allege causes of action against all named defendants, or to identify any viable form of relief. This dismissal is without prejudice to plaintiff refiling this action at a time when he has in his possession the materials necessary to assert viable claims against all of the intended defendants.

ORDER DISMISSING
CIVIL RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 16th day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING
CIVIL RIGHTS ACTION - 2